**Fill in this information to identify the case:**

Debtor name ___Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___NY___
(State)

Case number (If known): ___19-12447___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name<br>___Newell Funding LLC___ | Describe debtor's property that is subject to a lien<br>___Church Buildings and Improvements___ | $ 1,200,000 | $ 800,000 |

Creditor's mailing address
___245 Main Street, Suite 330___
___White Plains, NY 10601___

Describe the lien
___1st Mortgage___

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred ___2008___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $ _____ | $ _____ |

Creditor's mailing address
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 1,400,000

Debtor _____    Case number (if known)_____
      Name

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.__**    Creditor's name

     Creditor's mailing address

     _____

     Creditor's email address, if known

     _____

     **Date debt was incurred** _____

     **Last 4 digits of account number** ___ ___ ___ ___

     **Do multiple creditors have an interest in the same property?**
     ☐ No
     ☐ Yes. Have you already specified the relative priority?
         ☐ No. Specify each creditor, including this creditor, and its relative priority.
         _____
         _____
         ☐ Yes. The relative priority of creditors is specified on lines _____

   Describe debtor's property that is subject to a lien

   _____ $_____   $_____

   _____

   Describe the lien

   _____

   **Is the creditor an insider or related party?**
   ☐ No
   ☐ Yes

   **Is anyone else liable on this claim?**
   ☐ No
   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

   **As of the petition filing date, the claim is:**
   Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

---

**2.__**    Creditor's name

     Creditor's mailing address

     _____

     Creditor's email address, if known

     _____

     **Date debt was incurred** _____

     **Last 4 digits of account number** ___ ___ ___ ___

     **Do multiple creditors have an interest in the same property?**
     ☐ No
     ☐ Yes. Have you already specified the relative priority?
         ☐ No. Specify each creditor, including this creditor, and its relative priority.
         _____
         _____
         ☐ Yes. The relative priority of creditors is specified on lines _____

   Describe debtor's property that is subject to a lien

   _____ $_____   $_____

   _____

   Describe the lien

   _____

   **Is the creditor an insider or related party?**
   ☐ No
   ☐ Yes

   **Is anyone else liable on this claim?**
   ☐ No
   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

   **As of the petition filing date, the claim is:**
   Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

---

Debtor _____     Case number *(if known)*_____
Name

---

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |