**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | **19-12447** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).** Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**NYC Department of Building Bronx Borough**<br><br>**1932 Arthur Ave Fl 5**<br>**Bronx, NY 10457-6373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**NYC Department of Finance**<br><br>**59 Madison St**<br>**New York, NY 10038-1243** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,939.61 | $12,939.61 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Software Copyright (c) 2019 CINGroup - www.cincompass.com                    G5390

| Debtor | **Bronx Miracle Gospel Tabernacle Word of** | Case number (if known) | **19-12447** |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,400,000.00**

**829 Holding Corp.**

**829 Burke Ave**
**Bronx, NY 10467-6636**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,000.00**

**Clair & Gjertsen**

**4 New King St Ste 140**
**White Plains, NY 10604-1227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,850.00**

**Con Edison**
**Cooper Station**
**PO Box 138**
**New York, NY 10276-0138**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,400,000.00**

**Keyesss Corp.**

**785 Burke Ave**
**Bronx, NY 10467-6635**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00**

**Marcia & Fred Campbell**

**3939 White Plains Rd**
**Bronx, NY 10466-3083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00**

**Mr. Bernel Richardson**

**4359 Furman Ave Apt 3B**
**Bronx, NY 10466-1515**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,500.00**

**Mr. Cleveland Barnes**

**2919 Wilson Ave**
**Bronx, NY 10469-5206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Bronx Miracle Gospel Tabernacle Word of** | Case number (if known) | **19-12447** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Mr. Erold D. Williams**

**854 E 217th St**
**Bronx, NY 10467-5819**

**Date(s) debt was incurred  2010**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Mr. Franklyn Robinson**

**3003 Wilson Ave**
**Bronx, NY 10469-5104**

**Date(s) debt was incurred  2016**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Mr. Horace Hall**

**85 Harper Ct**
**Bronx, NY 10466-6058**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Mr. Williams S. Wright**

**254 Bedford Ave**
**Mount Vernon, NY 10553-1548**

**Date(s) debt was incurred  2015**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Mrs. Nadine Mcdonald**

**913 E 219th St**
**Bronx, NY 10469-1050**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Mrs. Susan Moore**

**933 E 217th St # Sreet**
**Bronx, NY 10469-1056**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Ms. Annie Moore**

**2031 Strang Ave**
**Bronx, NY 10466-2339**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Bronx Miracle Gospel Tabernacle Word of** | Case number (if known) | **19-12447** |
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |

**Ms. Carolyn Skinner**

**218 Country Club Dr**
**Florida, NY 10921-1504**

**Date(s) debt was incurred  2011**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |

**Ms. Cynthia Williams**

**1045 E 226th St**
**Bronx, NY 10466-4815**

**Date(s) debt was incurred  2011**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00** |

**Ms. Hermin Young**

**642 E 222nd St**
**Bronx, NY 10467-5114**

**Date(s) debt was incurred  2015**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |

**Ms. Icymay Thomas**

**829 Adee Ave Apt 3B**
**Bronx, NY 10467-8642**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,500.00** |

**Ms. Jean Weise**

**928 Duncan St**
**Bronx, NY 10469-3726**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,000.00** |

**Ms. Jeanette Brown**

**24 Summit Ave # 3**
**Mount Vernon, NY 10550-1520**

**Date(s) debt was incurred  2013**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |

**Ms. Maxine Rose Hall**

**2925 Matthews Ave**
**Bronx, NY 10467-8630**

**Date(s) debt was incurred  2010**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bronx Miracle Gospel Tabernacle Word of** | Case number (if known) | **19-12447** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Ms. Princess Dubidad**

**1779 2nd Ave Apt Se**
**New York, NY 10128-3613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2012**

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Ms. Tracy-Ann Moore**

**3366 Barker Ave Apt 1**
**Bronx, NY 10467-6304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Ms. Winsome Rainford**

**3648 Holland Ave**
**Bronx, NY 10467-5918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$375.00** |
|---|---|---|---|

**Optimum**
**New Horizons Shopping Mall**
**961 E 174th St**
**Bronx, NY 10460-5060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Pastor Keith Elijah Thompson**

**2934 Pearsall Ave # Aveune**
**Bronx, NY 10469-5219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2008**

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Sharon & Steve Burton**

**1018 E 213th St**
**Bronx, NY 10469-1303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$331.00** |
|---|---|---|---|

**Storage Extra Space**

**2875 Edson Ave**
**Bronx, NY 10469-3404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019**

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Bronx Miracle Gospel Tabernacle Word of** | | Case number (if known) | **19-12447** |
|---|---|---|---|---|
| | Name | | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$830.00** |
|---|---|---|---|

**T-Mobile**

**PO Box 7900447**
**Saint Louis, MO 63101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No   ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 14,439.61 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,150,386.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,164,825.61 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com