Barak P. Cardenas, Esq.
Cardenas Islam & Associates, PLLC
Attorneys for Debtor
175-61Hillside Avenue, Suite 302
Jamaica, New York 10604
Tel: (347) 809-7810
barak@cardenasislam.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

In re:

| | |
|---|---|
| BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES F/K/A BRONX MIRCALE GOSPEL TABERNACLE | Chapter 11<br>Case 19- 12447(SMB) |

        Debtor

---------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 27, 2019, a copy of the Motion for Withdrawal of Counsel and Motion for Extension of Time, along with Notice thereof and proposed form of Order, were served via ECF and first-class mail, postage prepaid to:

Cullen and Dykman LLP
44 Wall St.
New York, NY 10005

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014
Attention: Serene K. Nakano, Esq.

Honorable Stuart Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green,
New York, New York 10004

Dated: <u>November 27, 2019</u>.

                                                               By: <u>/s/ Barak P. Cardenas, Esq.</u>
                                                               By: Barak P. Cardenas, Esq., Partner (BC-1276)
                                                               CARDENAS ISLAM & ASSOCIATES, PLLC
                                                               *Attorneys for Debtor*
                                                               175-61 Hillside Avenue, Suite 302
                                                               Jamaica, New York 11432
                                                               Tel: 347-809-7810
                                                               Fax: 914-861-0099