CULLEN AND DYKMAN, LLP
Michelle McMahon
44 Wall St.
New York, NY 10282
212-510-2296
mmcmahon@cullellp.com

Thomas R. Slome
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
516-296-9165
tslome@cullenllp.com

Attorneys for Newell Funding, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re:<br><br>Bronx Miracle Gospel Tabernacle Word<br>of Faith Ministries, Inc.,<br><br>                       Debtor. | Chapter 11<br>Case No.: 19-12447 (SMB) |

-------------------------------------------------------------X

### NOTICE OF HEARING OF MOTION OF NEWELL FUNDING, LLC
### TO APPOINT A CHAPTER 11 TRUSTEE OR IN THE ALTERNATIVE
### <u>FOR RELIEF FROM THE AUTOMATIC STAY</u>

     PLEASE TAKE NOTICE that a hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, in Courtroom 723 at the Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on January 7, 2020 at 10:00 a.m. (prevailing Eastern Time), or as soon as thereafter as counsel can be heard, to consider the Motion Of Newell Funding, LLC To Appoint A Chapter 11 Trustee Or In The Alternative For Relief From The Automatic Stay (the "Motion").

PLEASE TAKE FURTHER NOTICE that responses and objections, if any, to the relief requested in the Motion must (i) be in writing describing with particularity the grounds for such responses and objections; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of New York; (iii) be filed electronically with the Bankruptcy Court in accordance with General Order M-399 (a copy of which can be found at www.nysb.uscourts.gov, the official website for the United States Bankruptcy Court for the Southern District of New York), with a hard copy delivered directly to Chambers; and (iv) be served on (a) the undersigned counsel Newell Funding LLC, and (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Serene Nakano, Esq., so as to be received on or before December 31, 2019 at 5:00 p.m. (prevailing Eastern Time).

Dated:  December 9, 2019, 2019
     New York, New York

/s/ Michelle McMahon
Michelle McMahon
CULLEN AND DYKMAN LLP
44 Wall Street
New York, New York 10005
Telephone: (212) 732-2000