UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                     Chapter 11
                                                                                 Case No.: 19-12447 (SMB)
Bronx Miracle Gospel Tabernacle Word
of Faith Ministries, Inc.,

                                        Debtor.
-----------------------------------------------------------X

**ORDER ON MOTION OF NEWELL FUNDING, LLC TO
APPOINT A CHAPTER 11 TRUSTEE OR IN THE ALTERNATIVE
FOR RELIEF FROM THE AUTOMATIC STAY [D.I. 39]**

Upon the Motion Of Newell Funding, LLC To Appoint A Chapter 11 Trustee Or In The Alternative For Relief From The Automatic Stay [D.I. 39] (the "Motion"), filed by Newell Funding, LLC ("Newell"), seeking to appoint a chapter 11 trustee, pursuant to 11 U.S.C. §1104(a), for Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. (the "Debtor") or, in the alternative, granting relief from the automatic stay pursuant to 11 U.S.C. §362(d) to permit Newell to complete a foreclosure sale, and the arguments of counsel presented at the hearing held on January 7, 2020; the Court being satisfied that the relief granted herein is appropriate under the circumstances; and good and sufficient cause appearing for the entry of this Order; it is hereby

**ORDERED**, that the Motion is granted in part in that the Court hereby orders the appointment of a chapter 11 trustee, pursuant to 11 U.S.C. §1104(a) for the Debtor; and it is further

**ORDERED**, that the Office of the United States Trustee is hereby directed to appoint such chapter 11 trustee.

Dated: January **7th**, 2020
       New York, New York                          **/s/ STUART M. BERNSTEIN**
                                                                 THE HONORABLE STUART M. BERNSTEIN
                                                                 UNITED STATES BANKRUPTCY JUDGE