UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                        :
                                                             :
**BRONX MIRACLE GOSPEL**                 :        Chapter 11
**TABERNACLE WORD OF FAITH**         :
**MINISTRIES, INC.,**                              :
                Debtor,         :        Case No. 19-12447 (SMB)
                                                             :
------------------------------------------------------- x

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To:   Deborah J. Piazza
       Tarter Krinsky & Drogin
       1350 Broadway
       New York, NY  10018

Pursuant to the order of this Court entered on January 8, 2020 directing the United States Trustee to appoint a Chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Deborah J. Piazza to serve as the Chapter 11 trustee ("Trustee").

The Chapter 11 trustee bond is initially set at $10,000.  The bond may require adjustment as the Trustee collects and liquidates assets of the estate, and the Trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made this 27th day of January, 2020.

Dated: New York, New York
        January 27, 2020                           WILLIAM K. HARRINGTON
                                                        UNITED STATES TRUSTEE

                                             **By:**   */s/ Andrew D. Velez-Rivera*
                                                       Trial Attorney
                                                        201 Varick Street, Suite 1006
                                                       New York, New York 10014
                                                        Tel. (212) 510-0500; Fax (212) 225-6688