UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                       :

In re                                               :

                                                     :    Chapter 11

**BRONX MIRACLE GOSPEL**
**TABERNACLE WORD OF FAITH**
**MINISTRIES, INC.,**                                  :    Case No. 19-12447 (SMB)

                            Debtor,      :

---------------------------------------------------------- x

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The Court, having considered the Application of the United States Trustee for the entry of an Order approving the appointment of Deborah J. Piazza as Chapter 11 trustee in the above-captioned case, it is hereby

ORDERED, that the appointment is approved.

Dated: January **27th**, 2020
       New York, New York

                                                   **/s/ STUART M. BERNSTEIN**
                                                   STUART M. BERNSTEIN
                                                   UNITED STATES BANKRUPTCY JUDGE