UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-12447 (SMB) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney for Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc., the debtor in the above-captioned matter, and, pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code, requests that all notices and given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that this request is not limited to notices, and includes all documents, pleadings, and correspondence filed in or pertaining to this proceeding.

Dated: Brooklyn, New York
February 11, 2020

By: /s/Anthony M. Vassallo
Anthony M. Vassallo, Esq.
LAW OFFICE OF ANTHONY M. VASSALLO
305 Fifth Avenue, Suite 1B
Brooklyn, New York 11215
Tele: (347) 464-8277
Fax: (866) 334-9752
Email: tony@amvasslaw.com

*Proposed Attorney for the Debtor*