# LAW OFFICE OF
# ANTHONY M. VASSALLO

305 Fifth Avenue | Suite 1B
Brooklyn, NY 11215
(917) 862-1936 | tony@amvasslaw.com

March 19, 2020

**VIA ECF FILING**
Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    In re:   Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc
                Chapter 11 Case No. 19-12447 (SMB)

Dear Judge Bernstein:

This firm is counsel to the above-referenced Debtor. I am responding to the letter filed by the Chapter 11 Trustee in this matter. I have no issues with the factual account provided in the letter through Monday March 16, 2020. I had several conversations with Jill Makower on behalf of the Debtor and representatives of the Debtor. Unforunately, the Trustee's request has not been complied with. I have not had contact with the Debtor since late Monday afternoon when they advised that because of concerns over the Coronavirus, they did not want anyone to enter the building. Any events the Trustee detailed in her counsel's letter that occurred since Monday is new information to me.

On Tuesday afternoon, I received a series of messages and calls to the effect that I was being replaced and was asked to communicate with new counsel who was being employed to handle issues relating to the building. The counsel's name and contact information is:

    Monte Malik Chandler, Esq.
    The Chandler Law Firm
    70 East Sunrise Hwy, Suite 500
    Valley Stream, NY 11581
    (516) 280-8713
    thechandlerlawfirm@icloud.com

I spoke with Mr. Chandler at length and forwarded him several documents pertaining to the bankruptcy. I have included recent documents pertaining to the sale process including all correspondence from the Trustee.

It is apparent that the purported retention of new counsel indicates that the Debtor has rejected my counsel and views regarding participation in this case.

I understand the Trustee wants to schedule a conference call with Chambers for this afternoon or tomorrow. I forwarded the Trustee's letter from yesterday as well as emails regarding scheduling a conference call to Mr. Chandler. After some attempts to reach Mr. Chandler, he advised me that he is available for a call tomorrow. He also advised he will be filing a notice of appearance later today.

                                              Very truly yours,

                                              s/s Anthony M. Vassallo

cc: Monte Malik Chandler, Esq.