```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:
                                                    Chapter 11
BRONX MIRACLE GOSPEL TABERNACLE
WORD OF FAITH MINISTRIES, INC.                      Case No. 19-12447 (SMB)
aka Bronx Miracle Gospel Tabernacle, Inc.

                            Debtor.
-----------------------------------------------------------------x
```

## ORDER DIRECTING SURRENDER AND VACATUR OF PROPERTY

The Chapter 11 trustee, Deborah J. Piazza (the "Trustee") having filed a letter dated March 18, 2020 [ECF No. 52] requesting a Court conference; and upon the letter filed by Anthony M. Vassallo, Esq. dated March 19, 2020 [ECF No. 53]; and the Court having conducted a status conference on March 20, 2020 at 10:00 a.m.; and the Court having heard argument from the Trustee, the Debtor (through its proposed new counsel, Monte Malik Chandler, Esq. and Leandre John, Esq), and the Debtor's secured creditor, Newell Funding, LLC ("Newell"); and the Court having directed the Debtor to submit its opposition in a letter to be filed by 5:00 p.m. on March 20, 2020 and the Trustee and Newell to submit any response and any proposed order by noon on March 24, 2020; and the Debtor having filed its opposition on March 20, 2020 [ECF No. 54] (the "Opposition"); and the Trustee having filed her response to the Debtor's Opposition on March 23, 2020; and Newell having filed its response to the Debtor's Opposition on March 23, 2020; it is hereby

**ORDERED** that the Debtor and its trustees, directors, employees and/or other agents, including without limitation, Reverend Keith Elijah Thompson, Minister Jeanette Y. Brown and Deacon Bernel Arthur Richardson (collectively, the "Debtor's Agents" or "Agents") are directed to immediately surrender the Debtor's real property located at 2910 Barnes Avenue, Bronx, New

York (the "Property") to the Trustee free of any occupants and to deliver all keys to the Property to the Trustee's agent and proposed real estate broker, Nico Rossi of Tamerlain Realty; and it is further

**ORDERED** that regardless of whether the Debtor and the Debtor's Agents comply with the foregoing order to immediately surrender the Property and deliver all keys to the Property, the Trustee is authorized to take all steps necessary or appropriate to obtain immediate possession of the Property and remove and/or request that the New York City Police Department or any other law enforcement officers acting within their authority remove, any and all unauthorized occupants from the Property, including without limitation Reverend Keith Elijah Thompson, Minister Jeanette Y. Brown, Deacon Bernel Arthur Richardson, and any other Agents and any other persons associated with the Debtor, and to immediately cause the locks on the Property to be changed and take any other necessary or appropriate steps to secure the Property, and it is further

**ORDERED**, that Matthew Cochran or Gabriel Bonanno or any other locksmith associated with ASK Locksmith or any other locksmith selected by the Trustee are authorized to enter the Property by removing the locks on the Property, to change the locks and to otherwise secure the Property on behalf of the Trustee and/or her attorneys and other agents; and it is further

**ORDERED** that the Debtor and its Agents and other representatives (including but not limited to Reverend Keith Elijah Thompson, Minister Jeanette Y. Brown and Deacon Bernel Arthur Richardson) and contractors are hereby directed to immediately vacate the Property and are prohibited from entering the Property at any time except upon further order of this Court; and it is further

**ORDERED** that any and all persons not authorized expressly by the Trustee to be in or on the Property are hereby ordered to immediately vacate the Property and are hereby prohibited from

entering into or on the Property; and it is further

**ORDERED** that the Debtor and its accountant, Michael Husbands, are hereby directed to produce to the Trustee within two (2) business days hereof, all books and records of the Debtor for the period commencing six years prior to the filing of this Chapter 11 case through and including the date of this Order, including but not limited to all bank and other financial statements and fronts and backs of checks drawn on any of the Debtor's bank and other financial accounts; and it is further

**ORDERED** that the Debtor and its accountant, Michael Husbands, are hereby directed to provide to the Trustee, by email within two (2) business days hereof, the log in and password information relating to any and all bank or financial accounts of the Debtor in existence at any time during the period commencing two years prior to the filing of this Chapter 11 case through and including the date of this Order; and it is further

**ORDERED** that any violation of this Order or interference with the execution of this Order may result in a finding of contempt and imposition of monetary or other sanctions against the person(s) who violate or interfere with the execution of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction to enforce the provisions of this Order and to resolve any disputes relating to this Order.

Dated: New York, New York
      March __, 2020

                                             _____
                                             **HONORABLE STUART M. BERNSTEIN**
                                             **UNITED STATES BANKRUPTCY JUDGE**