UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :
                                                    :          Chapter 11
Bronx Miracle Gospel Tabernacle Word of Faith       :
Ministries, Inc.,                                   :          Case No.: 19-12447 (SMB)
                                                    :
                        Debtor.                     :
------------------------------------------------------------ x

# ORDER AUTHORIZING RETENTION OF TAMERLAIN REALTY CORP. AS REAL ESTATE BROKER FOR THE TRUSTEE

Upon the application, dated March 30, 2020 (the "Application") of Deborah J. Piazza, the Chapter 11 trustee (the "Trustee") in the bankruptcy case of Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. (the "Debtor"), for an order pursuant to section 327(a) of title 11, United States Code (the "Bankruptcy Code"), Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1, authorizing and empowering the Trustee to employ and retain Tamerlain Realty Corp. ("Tamerlain") as real estate broker to the Trustee in the Debtor's case; and upon the Declaration of Nico V. Rossi in support of the Application; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due notice of the Application and this Order having been made; and after due deliberation it being determined that the relief requested is necessary to the administration of the Debtor's estate; and the Court being satisfied that Tamerlain does not hold or represent an interest adverse to the estate, that Tamerlain is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and that Tamerlain's retention and employment is necessary

{Client/086324/1/02061341.DOC;1 }

and in the best interest of the estate; and it appearing that no further notice need be given, and sufficient cause appearing therefor; it is

**ORDERED,** that the Trustee be, and hereby is, authorized pursuant to Bankruptcy Code section 327 and Bankruptcy Rule 2014, to retain Tamerlain, effective as of the date of this Order, as the Trustee's real estate broker for the purposes of marketing the Property for sale by the Trustee consistent with this Order and under the terms set forth in the Application; and it is further

**ORDERED**, that any brokerage fee that shall be owing to Tamerlain in accordance with this Order shall be paid on the closing date of the sale of the Property, and under no circumstances shall the total brokerage fee paid to Tamerlain, including any cooperating broker, exceed four (4%) percent of the gross sale price of the Property; and it is further

**ORDERED**, that to the extent the Application or any other document is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

**No Objection to Entry of this Order:**

WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE

By:   s/ Richard Morrissey
     Office of the United States Trustee
     By: Richard Morrissey, Esq., Trial Attorney
     Dated: April 1, 2020

Dated: New York, New York
     **April 1st, 2020**

                          **/s/ STUART M. BERNSTEIN**
                          **HONORABLE STUART M. BERNSTEIN**
                          **UNITED STATES BANKRUPTCY JUDGE**