

Jesus Christ is Lord of All

Bronx Miracle Gospel Tabernacle
2910 Barnes Avenue
Bronx, New York 10467-8562
ESTABLISHED IN 1980

Word Of Faith Ministries
The Rt. Hon. Rev. Dr. Rabbi, Keith Elijah Thompson
Pastor, Chief Apostle
Phone: (718) 515-4880   Fax: (718) 515-5053
Email: Miracle@bronxmiracle.org  /  Website: www.BronxMiracle.org

April 13, 2020

Attn:

The Honorable Stuart M. Bernstein, Judge

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, New York 10004

                 Re: Index No. 19-12447 (SMB)
                 Bronx Miracle Gospel Tabernacle
                 Word of Faith Ministries, Inc.

Your Honor, Judge Bernstein:

We, the Governing Body, also known as the Presbytery greets you on behalf of our Church Bronx Miracle Gospel Tabernacle, Word of Faith Ministries.

Your Honor, as you prepare to preside over the Case Status Conference set for April 14th. We wish to bring certain vital matters to your attention. We recognize that we are represented by legal counsel, however; the Church Leadership decided that it is of the utmost importance that the Church directly address its concerns and intent directly to you. We respectfully ask for your consideration.

Your Honor, Bronx Miracle Gospel Tabernacle has been an established Church serving both the Spiritual and secular needs of the area's population for forty years.

"The words that I speak unto you they are spirit and they are life." (John 6: 63)

In that time, the Church has never been an obstruction to any request for which it was responsible.

That is why the Church strongly and vehemently object to the statements and impressions given regarding the refusal of Church Leaders to allow access to the Church in March 2020. It can be stated in full accuracy that at no time did anyone physically knock on the door of the building, 2910 Barnes Avenue. It is a fact that an individual known to one of the Church Leaders assed the building while the Deacon, had the Church front door open. Greetings were exchanged and the individual continued down the avenue towards the corner of the street. No request was made for access. Additionally, no call was made to the Church phone, nor to any of the Church Leaders cell phones, all numbers available to the Office of the Trustee.

Your Honor, as stated it is important that this matter be clarified given the negative Characterizations made regarding the Church Leaders present that day.

*Second,* The Church was shocked and shaken by the sudden entrance into the Church and the taking of equipment, both Church and personal items belonging to the Pastor and Minister of Administration. Not only was equipment taken, but files the contents of which are unknown to the Pastor and Church Administration, given that no representative of the Church was present.

While the Church had concerns about the reasons given for your approval of the Motion granting the change of locks, a careful review of said document did not include the right to remove equipment, files, etc. from the premises of the Church. Inadvertently, the removal of items contained in the file boxes have dramatically impeded the accountant's ability to complete and forward to the Trustee's accountant as legally mandated.

Your Honor, the Church fully accepts and acknowledge that it is currently in the process of Bankruptcy proceedings and attempts to its best ability to comply with

the requirements, mandates of the Court, however, as a Church with long standing reputation, we are asking that Bronx Miracle Gospel Tabernacle, Word of Faith Ministries be given the respect it has earned and deserved as we work diligently to resolve this long standing legal issue.

Unfortunately, due to less than reputable legal representation in the recent past, and misleading Counsel, the Church is now moving aggressively to complete a Plan for Reorganization.

Your Honor, in this communication, the Church has presented various issues all of which we are deeply concerned. What follows next is however, our most important and pressing reason for this Communication.

As the Governing Body, compressed of representatives of each of the Church's Ministries, representing the entire Congregation, we are deeply, deeply concerned about the future existence and stability of our Church. That is, We the Governing Body is Working Diligently on formulating a Viable Plan for Meeting All Outstanding Obligations while simultaneously laying the Foundation for Spiritual and Financial Stability. We are confident that this Plan will be successful within a very short time period.

That is why we are appealing directly to you on behalf of the Church to grant a limited Grace Period to meet our obligation. Unfortunately, due to the Current

Nationwide Medical situation, coming together to finalize major financial transactions have been curtailed. We are extremely hopeful that the current process underway will be successful. We appeal to you for your Compassion and Understanding to our Request and Kindly Grant Us the Opportunity to Positively Resolve this Matter.

Your Honor, the Governing Body (Presbytery) of Bronx Miracle Gospel Tabernacle, Word of Faith Ministries thank you for receiving our letter, given it your attention and with Gracefulness and benevolence you kindly grant our request.

Your Honor, on behalf of Bronx Miracle Gospel Tabernacle, Word of Faith Ministries; thank you and we offer our blessings and prayers to you and this court.

Respectfully submitted,

The Governing Body
Bronx Miracle Gospel Tabernacle
Word of Faith Ministries, Inc.

Rev. Dr. Keith Elijah Thompson, Pastor Shepherd
Bernel A. Richardson, Deacon
Jeanette Yvonne Brown, Min. of Admin.