UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| BRONX MIRACLE GOSPEL TABERNACLE | : | Case No.: 19-12447 (SMB) |
| WORD OF FAITH MINISTRIES, INC., | : |  |
|  | : |  |
| Debtor. | x |  |
------------------------------------------------------------

## ORDER (I) DIRECTING TD BANK TO PRODUCE DEBTOR'S BANK STATEMENTS AND TURN OVER CONTROL OF DEBTOR'S ACCOUNTS TO THE TRUSTEE, AND (II) DIRECTING CHASE BANK TO PRODUCE DEBTOR'S BANK STATEMENTS AND TURN OVER CONTROL OF DEBTOR'S ACCOUNTS TO THE TRUSTEE

The Court having conducted a status hearing (the "Hearing") on April 14, 2020 in the above-captioned Chapter 11 case of Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. (the "Debtor"); and Deborah J. Piazza, the Chapter 11 trustee (the "Trustee"), by her counsel, Tarter Krinsky & Drogin LLP, having advised the Court of the Debtor's and Debtor's representatives' failures to produce various documents and information requested by the Trustee, it is hereby

**ORDERED**, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 542(e) of the Bankruptcy Code, TD Bank shall produce and deliver to the Trustee the documents and things set forth in **Schedule A** hereto (the "TD Bank Requested Documents") as follows: (i) by email on or before **May 5, 2020 at 10:00 a.m.** to Trustee's counsel Jill Makower, Esq. at jmakower@tarterkrinsky.com, and (ii) by regular mail on or before **May 5, 2020** to the offices of the Trustee's counsel, Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018, Attn: Jill Makower, Esq.; and it is further

**ORDERED**, pursuant to Bankruptcy Rule 2004 and Bankruptcy Code section 542(e), Chase Bank shall produce and deliver to the Trustee the documents and things set forth in **Schedule B** hereto (the "Chase Bank Requested Documents") as follows: (i) by email on or before **May 5,**

2020 at 10:00 a.m. to Trustee's counsel Jill Makower, Esq. at jmakower@tarterkrinsky.com, and

(ii) by regular mail on or before **May 5, 2020** to the offices of the Trustee's counsel, Tarter Krinsky

& Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018, Attn: Jill Makower, Esq.; and

it is further

ORDERED, that TD Bank shall immediately provide the Trustee (in place of the Debtor)

with custody and control of all accounts in the name of the Debtor including but not limited to

accounts ending in 3483, 9493, 8917 and 4107; and it is further

ORDERED, that Chase Bank shall immediately provide the Trustee (in place of the

Debtor) with custody and control of all accounts in the name of the Debtor including but not limited

to accounts ending in 5758 and 9198; and it is further

ORDERED, that service by email of a copy of this Order on TD Bank and Chase Bank

within two (2) business days after the date of entry of this Order, shall be deemed good and

sufficient service.

Dated: New York, New York
   **April 17, 2020**

       **/s/ STUART M. BERNSTEIN**_____
       **HONORABLE STUART M. BERNSTEIN**
       **UNITED STATES BANKRUPTCY JUDGE**

# SCHEDULE A

## Instructions and Definitions

Unless otherwise noted, the pertinent time period (the "Pertinent Time Period") with respect to the requested documents and all the requested information listed below is the period commencing July 28, 2013 (i.e., six years prior to the July 28, 2019 Petition Date) and continuing through and including the present time. The term "Affiliate" as used below shall have the definition stated in Bankruptcy Code section 101(2). *All electronic documents must remain electronic in native format*.

### TD BANK REQUESTED DOCUMENTS

1. All bank statements and cancelled checks relating to any and all accounts in the name of the Debtor including but not limited to accounts ending in 3483, 9493, 8917 and 4107.

2. All bank statements and cancelled checks relating to any and all accounts in the name of any Affiliate of the Debtor.

3. new signature cards (for each account of the Debtor) in the name of "Deborah J. Piazza, as Chapter 11 Trustee of Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc."

4. a list of all accounts in the name of the Debtor or any Affiliate of the Debtor, with dates of opening and (if applicable) dates of closing.

## SCHEDULE B

### Instructions and Definitions

Unless otherwise noted, the pertinent time period (the "Pertinent Time Period") with respect to the requested documents and all the requested information listed below is the period commencing July 28, 2013 (i.e., six years prior to the July 28, 2019 Petition Date) and continuing through and including the present time. The term "Affiliate" as used below shall have the definition stated in Bankruptcy Code section 101(2). ***All electronic documents must remain electronic in native format***.

### CHASE BANK REQUESTED DOCUMENTS

1. All bank statements and cancelled checks relating to any and all accounts in the name of the Debtor including but not limited to accounts ending in 5758 and 9198.

2. All bank statements and cancelled checks relating to any and all accounts in the name of any Affiliate of the Debtor.

3. new signature cards (for each account of the Debtor) in the name of "Deborah J. Piazza, as Chapter 11 Trustee of Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc."

4. a list of all accounts in the name of the Debtor or any Affiliate of the Debtor, with dates of opening and (if applicable) dates of closing.