UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
BRONX MIRACLE GOSPEL TABERNACLE    :    Case No.: 19-12447 (SMB)
WORD OF FAITH MINISTRIES, INC.,                     :
                                                    :
                           Debtor.                  x
------------------------------------------------------------

**ORDER PURSUANT TO BANKRUPTCY RULE 2004 (I) DIRECTING DEBTOR AND ITS REPRESENTATIVES TO PRODUCE DOCUMENTS AND INFORMATION OF THE DEBTOR TO THE TRUSTEE, AND (II) AUTHORIZING TRUSTEE'S EXAMINATION OF THE DEBTOR THROUGH ITS SECRETARY AND TREASURER MINISTER JEANETTE Y. BROWN**

The Court having conducted a status hearing (the "Hearing") on April 14, 2020 in the above-captioned Chapter 11 case of Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. (the "Debtor"); and Deborah J. Piazza, the Chapter 11 trustee (the "Trustee"), by her counsel, Tarter Krinsky & Drogin LLP, having advised the Court of the Debtor's and Debtor's representatives' failures to produce various documents and information requested by the Trustee, it is hereby

**ORDERED**, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 521(a)(4) and 542(e) of title 11, United States Code (the "Bankruptcy Code"), the Debtor and its representatives, including but not limited to Rev. Dr. Keith Elijah Thompson, Deacon Bernel A. Richardson and Minister Jeanette Y. Brown, shall produce and deliver to the Trustee any and all documents and information in their respective possession, custody or control set forth in Schedule A hereto (the "Requested Documents and Information") as follows: (i) by email on or before **April 30, 2020 at 10:00 a.m** to Trustee's counsel Jill Makower, Esq. at jmakower@tarterkrinsky.com, and (ii) by regular mail on or before **April 30,**

**2020** to the offices of the Trustee's counsel, Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018, Attn: Jill Makower, Esq.; and it is further

**ORDERED**, that the Debtor and its representatives, including but not limited to those named above, are hereby prohibited from deleting, destroying and altering any property of the estate, including but not limited to emails on the account bronxmiracle@gmail.com, books, records and recorded information; and it is further

**ORDERED**, that the Debtor appear through its treasurer and secretary, Jeanette Y. Brown, on **May 13, 2020 at 10:00 a.m.** (the "Examination Date"), or on such later date as may be mutually agreed to by the Trustee's counsel and the Debtor's counsel prior to the Examination Date, and at any adjournment(s) thereof, via Zoom, for an examination pursuant to Bankruptcy Rule 2004 relating to the Requested Documents and Information and all other matters within the scope of Bankruptcy Rule 2004; and it is further

**ORDERED**, that the Debtor is hereby directed to mail to the offices of the Trustee's counsel, Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018, Attn: Jill Makower, Esq., and email to Trustee's counsel Jill Makower, Esq. at jmakower@tarterkrinsky.com, any documents or information subsequently requested by the Trustee as a result of information obtained from the Requested Documents and Information and/or from the testimony at the examination; and it is further

**ORDERED**, that the examination to be taken in this matter may be recorded by digital voice or similar recorder to be operated by the Trustee's counsel. Each of the Trustee and the Debtor may, at its own expense, arrange to have a qualified court reporter record the testimony simultaneously with the digital voice or similar recorder and transcribe the same stenographically; and it is further

**ORDERED**, that the examination shall continue from day-to-day until completed; and it is further

**ORDERED**, that any violation of this Order may subject the violator to monetary and other sanctions; and it is further

**ORDERED**, that service by email of a copy of this Order on the Debtor's proposed counsel, Monte M. Chandler, Esq. at thechandlerlawfirm@icloud.com, within two (2) business days after the date of entry of this Order, shall be deemed good and sufficient service.

Dated: New York, New York
April 17, 2020

                                           **/s/ STUART M. BERNSTEIN**
                                           **HONORABLE STUART M. BERNSTEIN**
                                           **UNITED STATES BANKRUPTCY JUDGE**

# SCHEDULE A

## Instructions and Definitions

Unless otherwise noted, the pertinent time period (the "Pertinent Time Period") with respect to the requested documents and all the requested information listed below is the period commencing July 28, 2017 (i.e., two years prior to the July 28, 2019 Petition Date) and continuing through and including the present time. The term "Affiliate" as used below shall have the definition stated in Bankruptcy Code section 101(2). *All electronic documents must remain electronic in native format*.

## REQUESTED DOCUMENTS AND INFORMATION

1. All books and records of the Debtor including but not limited to, tax returns, bank statements and fronts and backs of cancelled checks, copies of general ledger, cash receipts, disbursement ledgers, electronic backup QuickBooks files or any accounting programs used.

2. List of all bank and financial accounts of the Debtor including name of bank or other financial institution, account number and name of account holder (if other than the Debtor).

3. List of all bank and financial accounts of any Affiliate of the Debtor including name of bank or other financial institution, account number and name of account holder.

4. The log in and password information relating to any and all bank or financial accounts of the Debtor.

5. The log in and password information relating to any and all bank or financial accounts of any Affiliate of the Debtor.

6. The login and password information relating to any and all Quickbooks of the Debtor including but not limited to the Quickbooks software downloaded by Minister Jeanette Y. Brown in approximately January 2020 under email address bronxmiracle@gmail.com.

7. The login and password for the email address bronxmiracle@gmail.com.

8. List of all payments made by or on behalf of the Debtor for legal services, including the payor, the source of the funds paid, the payee, and the date and amount of each payment.

9. List of all payments made by or on behalf of the Debtor for accounting services, bookkeeping services and/or financial advisory services, including the payor, the source of the funds paid, the payee, and the date and amount of each payment.

10. Copies of all correspondence (including attachments) between the Debtor or any representative of the Debtor, with Ramona Dalia, including emails and faxes.