BID PROCEDURES HEARING DATE AND TIME: JUNE 18, 2020 at 10:00 a.m.
OBJECTION DEADLINE: JUNE 11, 2020 at 5:00 p.m.

SALE HEARING DATE AND TIME: TBA

TARTER KRINSKY & DROGIN LLP
*Attorneys for Deborah J. Piazza, as Chapter 11 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
smarkowitz@tarterkrinsky.com
Deborah J. Piazza, Esq.
dpiazza@tarterkrinsky.com
Jill Makower, Esq.
jmakower@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

BRONX MIRACLE GOSPEL TABERNACLE
WORD OF FAITH MINISTRIES, INC.
*aka* Bronx Miracle Gospel Tabernacle, Inc.

                Debtor.
---------------------------------------------------------------x

Chapter 11

Case No. 19-12447 (SMB)

**NOTICE OF HEARING TO APPROVE TRUSTEE'S MOTION FOR ORDERS
PURSUANT TO SECTIONS 105(a), 363 AND 506(c) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 6004, (I) APPROVING AUCTION PROCEDURES AND
NOTICE OF THE AUCTION RELATING THERETO, (II) APPROVING SALE OF
REAL ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND
ENCUMBRANCES, (III) APPROVING FORM OF PURCHASE AGREEMENT, (IV)
<u>APPROVING CARVE-OUT, AND (V) GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE,** that on May 29, 2020, Deborah J. Piazza, as Chapter 11 trustee (the "Trustee") of Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. *aka* Bronx Miracle Gospel Tabernacle, Inc. (the "Debtor"), filed a motion (the "Motion") seeking authority to, among other things, sell by auction certain real property located at 2910 Barnes Avenue, Bronx, New York (Block 4550, Lot 10) (the "Property") to the bidder which timely

submits the highest or best offer for the Property, or to the Debtor's secured lender if it credit bids an amount greater than the highest and best cash bid.

**PLEASE TAKE FURTHER NOTICE**, that on **June 18, 2020 at 10:00 a.m.** (the "Bid Procedures Hearing"), the Trustee, by her attorneys, Tarter Krinsky & Drogin LLP, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at a telephonic hearing before the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, for entry of an order approving the Auction Procedures[1] detailed in the Motion, approving a certain Carve-out Agreement detailed in the Motion and granting related relief.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Motion or the relief to be sought at the Bid Procedures Hearing:

(1) shall be set forth in a writing describing the basis therefor, and conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of New York; and

(2) shall be filed and served as follows, so as to be received no later than **June 11, 2020 at 5:00 p.m.**:

(i) shall be filed with the United States Bankruptcy Court for the Southern District of New York (a) in accordance with General Order M-399, electronically, by registered users of the Bankruptcy Court's case filing system, or (b) in accordance with Local Bankruptcy Rules 5005-1 and 9004-1, submitted to the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004;

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion.

(ii) shall be submitted in hard-copy form directly to the chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the Bankruptcy Court, One Bowling Green, New York, New York 10004 in accordance with Local Bankruptcy Rule 9070-1; and shall be served upon: (a) the undersigned counsel for the Trustee; (b) the Office of the United States Trustee, Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Serene K. Nakano, Esq.; (c) The Chandler Law Firm, counsel for the Debtor, Attn: Monte M. Chandler, Esq.; and (d) Cullen and Dykman LLP, Attn: Thomas R. Slome, Esq., counsel for Newell Funding LLC.

**PLEASE TAKE FURTHER NOTICE,** that the Bid Procedures Hearing will be held telephonically via Court Solutions. Participants may sign up or register at www.court-solutions.com. The Bid Procedures Hearing may be adjourned, from time to time, by announcement in open Court without any further or other notice thereof.

Dated: New York, New York
May 29, 2020

        **TARTER KRINSKY & DROGIN LLP**
        *Attorneys for Deborah J. Piazza, as Chapter 11 Trustee*

        By: /s/ Jill Makower
            Scott S. Markowitz, Esq.
            Deborah J. Piazza, Esq.
            Jill Makower, Esq.
            1350 Broadway, 11th Floor
            New York, New York 10018
            (212) 216-8000
            smarkowitz@tarterkrinsky.com
            dpiazza@tarterkrinsky.com
            jmakower@tarterkrinsky.com