

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Jill Makower, Counsel
Email: jmakower@tarterkrinsky.com
Phone: (212) 216-1179

June 1, 2020

**-Via Electronic Case Filing -**

Monte Chandler, Esq.
The Chandler Law Firm PLLC
70 E. Sunrise Highway, Ste. 500
Valley Stream, NY 11581

    Re:    Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc
              Chapter 11 Case No. 19-12447 (SMB)

Dear Mr. Chandler:

As you know, this firm represents Deborah J. Piazza, the chapter 11 trustee (the "Trustee") of Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. (the "Debtor").

Pursuant to the attached Amended Rule 2004 Order entered on April 27, 2020 (the "Rule 2004 Order"), the Debtor and its representatives, including but not limited to Rev. Dr. Keith Elijah Thompson, Deacon Bernel A. Richardson and Minister Jeanette Y. Brown, were required, *inter alia*, to produce and deliver to the Trustee any and all documents and information in their respective possession, custody or control set forth in Schedule A thereto (the "Requested Documents") by May 7, 2020. At your request, the Trustee consented to a two-week extension of the May 7, 2020 deadline to May 21, 2020. The Debtor and its representatives, without justification, have not produced any of the Requested Documents despite the extension of time and the Trustee's various written requests. The Debtor and its representatives are in violation of the terms of the Rule 2004 Order, and may be subjected to sanctions in accordance with the Rule 2004 Order.

In addition, you have not filed a Rule 2016(b) statement despite Trustee's various requests.

Absent substantial compliance within three days hereof, the Trustee intends to pursue her legal remedies. Please be guided accordingly.

Very truly yours,

/s/ Jill Makower

Jill Makower

JM:sn
Enclosure