

Monte Chandler, Counsel
Email: thechandlerlawfirm@icloud.com
Phone: (516) 280-8713

June 2, 2020

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc
Chapter 11 Case No. 19-12447 (SMB)

Dear Judge Bernstein:

I write this missive to formally inform you that Monte Malik Chandler of the Chandler Law Firm PLLC, hereby appears as Special Counsel for the Board of Trustees and Deacons of the Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc.

It should be noted that I do not represent Church administrator Min. Jeanette Brown as she has been dismissed from her duties with Bronx Miracle due to her failure to comply with the Court's mandates and imperatives from counsel.

Please forward any and all further correspondences to my office at 70 E. Sunrise Highway, Suite 500, Valley Stream, NY 11581 or email at thechandlerlawfirm@icloud.com

Kindly,

_____ x

The Chandler Law Firm

By Monte Malik Chandler

P: 516.280.8713 F: 516.280.8717
70 EAST SUNRISE HWY, SUITE 500,
VALLEY STREAM, NY 11581