

Monte Chandler, Special Counsel
Email: thechandlerlawfirm@icloud.com
Phone: (347) 432-0567

June 2, 2020

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

      Re: Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc
      <u>Chapter 11 Case No. 19-12447 (SMB)</u>

Dear Judge Bernstein:

I write this missive to ask for an additional three weeks to respond to the current Motion to Auction a certain real property located at 2910 Barnes Avenue, Bronx, New York. This is the Debtor's first request to the Court for a formal extension. In addition, Debtor's Counsel just recently received the motion on Monday June 8th, 2020. We thank you in advance for the Court's consideration.

Kindly,

_____ x

The Chandler Law Firm

By Monte Malik Chandler