

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Jill Makower, Counsel
Email:jmakower@tarterkrinsky.com
Phone: (212) 216-1179

June 12, 2020

**-Via Electronic Case Filing -**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    Re:    Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc
            Chapter 11 Case No. 19-12447 (SMB)

Dear Judge Bernstein:

    We write on behalf of the Chapter 11 trustee, Deborah J. Piazza, in response to the Debtor's proposed counsel's June 11, 2020 letter [ECF No. 79] requesting an adjournment of the auction procedures hearing scheduled for June 18, 2020 at 10:00 a.m. Although the Debtor's proposed counsel states he did not receive the Trustee's sale motion until June 8, 2020, the Trustee's undersigned counsel emailed the notice of filing of the sale motion to him on the day it was filed (on May 29, 2020 ) and caused a copy of the sale motion to be mailed to him on June 1, 2020. The Trustee believes no cause exists to adjourn the June 18, 2020 hearing and requests the hearing go forward as scheduled.

                            Respectfully submitted,

                            /s/ Jill Makower

                            Jill Makower

JM:sn
cc:    Monte Chandler, Esq.
        Serene Nakano, Esq.
        Deborah J. Piazza, Esq.
        Scott S. Markowitz, Esq.
        Thomas R. Slome, Esq.