**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Deborah J. Piazza, as Chapter 11 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
smarkowitz@tarterkrinsky.com
Deborah J. Piazza, Esq.
dpiazza@tarterkrinsky.com
Jill Makower, Esq.
jmakower@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

BRONX MIRACLE GOSPEL TABERNACLE     Chapter 11
WORD OF FAITH MINISTRIES, INC.
*aka* Bronx Miracle Gospel Tabernacle, Inc.     Case No. 19-12447 (SMB)

               Debtor.
---------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to the provisions of 28 U.S.C. §1746, Jonilda Seitllari, declares under the penalty of perjury, the following to be true and correct:

I am over the age of eighteen, not a party to the action, and reside in the County of Kings, State of New York.

On June 19, 2020, I caused to be served true copies of the following: (1) ***Signed Order Pursuant to Sections 105(a), 3636 and 506(c) of the Bankruptcy Code and Bankruptcy Rule 6004, (i) Approving Auction Procedures and Notice of the Auction Relating Thereto, (ii) Approving Sale of Real Estate Free and Clear of Liens, Claims, Interests and Encumbrances, (iii) Approving Form of Purchase Agreement, (iv) Approving Carve-out Agreement and (v) Granting Related Relief*** (with Exhibit) [ECF No. 81]; and (2) ***Notice of Auction and Sale Hearing*** via electronic mail to the last known email address of the parties listed on the annexed **Service List A.**

On June 20, 2020, I also caused to be served true copies of the following: (1) ***Signed Order Pursuant to Sections 105(a), 3636 and 506(c) of the Bankruptcy Code and Bankruptcy Rule 6004, (i) Approving Auction Procedures and Notice of the Auction Relating Thereto, (ii) Approving Sale of Real Estate Free and Clear of Liens, Claims, Interests and Encumbrances, (iii) Approving Form of Purchase Agreement, (iv) Approving Carve-out Agreement and (v) Granting Related Relief*** (with Exhibit) [ECF No. 81]; and (2) ***Notice of Auction and Sale Hearing*** via first class mail by mailing same in a sealed envelope, with postage prepaid thereon,

in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the parties listed on the annexed **Service List B.**

Dated: Brooklyn, New York
   June 24, 2020

                       */s/ Jonilda Seitllari*
                       Jonilda Seitllari

# SERVICE LIST A
*(Via Electronic Mail)*

| | | |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: SERENE K. NAKANO, ESQ.<br>E-MAIL: serene.nakano@usdoj.gov | THE CHANDLER LAW FIRM<br>ATTN: MONTE M. CHANDLER, ESQ.<br>E-MAIL: mmchandleresq@aol.com | NEW YORK STATE ATTORNEY GENERAL<br>ATTN: ENID NAGLER STUART<br>E-MAIL: Enid.Stuart@ag.ny.gov |
| NEWELL, FUNDING LLC<br>C/O CULLEN AND DYKMAN LLP<br>ATTN: THOMAS R. SLOME, ESQ.<br>E-MAIL: tslome@cullenllp.com | ROBINOWITZ COHLAN DUBOW & DOHERTY LLP<br>ATTN: BRUCE MINKOFF, ESQ.<br>E-MAIL: minkoff@redllp.com | LAW OFFICE OF ANTHONY M. VASSALLO<br>ATTN: ANTHONY M. VASSALLO, ESQ. E-MAIL: amvassallo@gmail.com,<br>tony@amvasslaw.com |
| BERBADETTE BRENNAN<br>E-MAIL: bbrennan@law.nyc.gov | MAXINE HALL<br>E-MAIL: MAXGARVEY@gmail.com | |

# SERVICE LIST B
*(Via First Class Mail)*

| | | |
|---|---|---|
| NYC DEPT OF FINANCE<br>OFFICE OF LEGAL AFFAIRS<br>COLLECTION UNIT<br>NEW YORK, NY 10038 | OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK ST., ROOM 1006<br>NEW YORK, NY 10014<br>ATTN: SERENE K, NAKANO, ESQ. | CLAIR & GJERTSEN<br>4 NEW KING, SUITE 140<br>WHITE PLAINS, NY 10604 |
| CON EDISON<br>COOPER STATION<br>PO BOX 138<br>NEW YORK, NY 10276 | MICHELLE McMAHON, ESQ.<br>CULLEN AND DYKMAN, LLP<br>44 WALL ST.<br>NEW YORK, NY 10005 | THOMAS R. SLOME, ESQ.<br>CULLEN AND DYKMAN, LLP<br>100 QUENTIN ROOSEVELT BOULEVARD<br>GARDEN CITY, NEW YORK 11530-4850 |
| MONTE CHANDLER, ESQ.<br>THE CHANDLER LAW FIRM PLLC<br>70 E. SUNRISE HIGHWAY, STE 500<br>VALLEY STREAM, NY 11581 | MARCIA & FRED CAMPBELL<br>3939 WHITE PLAINS ROAD<br>BRONX, NY 10466 | MR. BERNEL RICHARDSON<br>4359 FURMAN AVENUE, APT. 3B<br>BRONX, NY 10466 |
| MR. CLEVELAND BARNES<br>2919 WILSON AVENUE<br>BRONX, NY 10469 | MR. EROLD D. WILLIAMS<br>854 EAST 217TH STREET<br>BRONX, NY 10467 | MR. FRANKLYN ROBINSON<br>3003 WILSON AVENUE<br>BRONX, NY 10469 |
| MR. HORACE HALL<br>85 HARPER AVENUE<br>BRONX, NY 10466 | MR. WILLIAMS S. WRIGHT<br>254 BEDFORD AVENUE<br>MT. VERNON, NY 10553 | MRS. NADINE MCDONALD<br>913 EAST 219TH STREET<br>BRONX, NY 10469 |
| MRS. SUSAN MOORE<br>933 EAST 217TH SREET<br>BRONX, NY 10469 | MS. ANNIE MOORE<br>2031 STRANG AVENUE<br>BRONX, NY 10466 | MS. CAROLYN SKINNER<br>218 COUNTRY CLUB DRIVE<br>FLORIDA, NY 10921 |
| MS. CYNTHIA WILLIAMS<br>1045 EAST 226TH STREET<br>BRONX, NY 10466 | MS. HERMIN YOUNG<br>642 EAST 222ND STREET<br>BRONX, NY 10466 | MS. ICYMAY THOMAS<br>829 ADEE AVENUE, APT. 3B<br>BRONX, NY 10467 |
| MS. JEAN WEISE<br>928 DUNCAN STREET<br>BRONX, NY 10469-3726 | MS. JEANETTE BROWN<br>15 SOUTH FIRST AVENUE, #281<br>MT. VERNON, NY 10550 | MS. MAXINE ROSE HALL<br>2925 MATTHEWS AVENUE<br>BRONX, NY 10467 |

| | | |
|---|---|---|
| MS. PRINCESS DUBIDAD<br>1746 GIVAN AVENUE<br>BRONX, NY 10469 | MS. TRACY-ANN MOORE<br>3366 BARKER AVENUE, APT. 1<br>BRONX, NY 10467 | MS. WINSOME RAINFORD<br>3648 HOLLAND AVENUE<br>BRONX, NY 10467 |
| NEWELL FUNDING, LLC<br>245 MAIN STREET<br>WHITE PLAINS, NY 10601<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT | OPTIMUM<br>NEW HORIZONS SHOPPING MALL<br>961 E 174TH STREET<br>BRONX, NY 10460 | PASTOR KEITH ELIJAH THOMPSON<br>2934 PEARSALL AVENUE<br>BRONX, NY 10469 |
| BRUCE MINKOFF, ESQ.<br>ROBINOWITZ COHLAN DUBOW & DOHERTY LLP<br>199 MAIN STREET, SUITE 500<br>WHITE PLAINS, NEW YORK 10601 | SHARON & STEVE BURTON<br>1018 EAST 213th STREET<br>BRONX, NY 10469 | STORAGE EXTRA SPACE<br>2875 EDISON AVENUE<br>BRONX, NY 10469 |
| T-MOBILE<br>PO BOX 7900447<br>ST. LOUIS, MO 63179 | NYC DEPARTMENT OF BUILDING<br>BRONX BOROUGH<br>1932 ARTHUR AVE FL 5<br>BRONX, NY 10457-6373 | 829 HOLDING CORP.<br>829 BURKE AVE<br>BRONX, NY 10467-6636<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT |
| KEYESSS CORP.<br>785 BURKE AVE<br>BRONX, NY 10467-6635<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT | MS. JEANETTE BROWN<br>24 SUMMIT AVE # 3<br>MOUNT VERNON, NY 10550-1520 | MS. PRINCESS DUBIDAD<br>1779 2ND AVE APT SE<br>NEW YORK, NY 10128-3613 |
| NYC DEPARTMENT OF FINANCE<br>59 MADISON STREET<br>NEW YORK, NY 10038 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | SECURITIES AND EXHCJANGE COMMISSION<br>200 VESEY ST #400,<br>NEW YORK, NY 10281 |
| NYS DEPT. OF TAXATION & FINANCE<br>BANKRUPTCY UNIT-TCD<br>BUILDING 8, ROOM 455<br>W.A. HARRIMAN STATECAMPUS<br>ALBANY, NY 12227 | UNITED STATES ATTORNEY'S OFFICE<br>SOUTHERN DISTRICT OF NEW YORK<br>1 SAINT ANDREWS PLAZA,<br>NEW YORK, NY 10007 | NY ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224-0341<br>ATTN: A&O/PERSONAL SERVICE |
| NEW YORK CITY OFFICE OF THE ATTORNEY GENERAL<br>28 LIBERTY ST.,<br>15TH FLOOR<br>NEW YORK, NY 10005<br>ATTN: MANAGING ATTORNEY'S OFFICE/PERSONAL SERVICE | JAMES E. JOHNSON<br>CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>ATTORNEYS FOR NEW YORK CITY DEPARTMENT OF FINANCE<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | TAMERLAIN REALTY CORP.<br>629 FIFTH AVENUE, SUITE 219<br>PELHAM, NEW YORK 10803<br>ATTENTION: NICO V. ROSSI |

MAXINE HALL
1962 BUSSING AVE.
BRONX, NY 10466