UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

BRONX MIRACLE GOSPEL TABERNACLE         Chapter 11
WORD OF FAITH MINISTRIES, INC.
*aka* Bronx Miracle Gospel Tabernacle, Inc.         Case No. 19-12447 (SMB)

　　　　　　　　　　　Debtor.
-----------------------------------------------------------------x

## **DECLARATION OF NASIR SAMDANI**

I, Nasir Samdani, declare, pursuant to section 1746 of title 28 of the United States Code, that:

1. I am a real estate investor. I became aware through my broker, Simon H. Rothkrug, that the real property known as 2910 Barnes Avenue, Bronx, NY (the "Property") was being sold pursuant to a Bankruptcy Court approved auction process.

2. I requested my broker submit an offer and a deposit as required by the Court approved auction procedures.

3. This declaration is submitted in support of the Chapter 11 trustee's motion to approve the auction sale of the Property to me or an entity which I established for the purpose of taking title.

4. I have no relationship with Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. *aka* Bronx Miracle Gospel Tabernacle, Inc. (the "Debtor") or its senior leadership. I have no relationship to Deborah J. Piazza (the "Trustee") other than I submitted an offer to purchase the Property. I did not have any contact with any other bidders prior to the auction. I made all decisions related to my bidding at the auction.

5. I through my broker/attorney, Simon H. Rothkrug, appeared at the Zoom auction held on July 20, 2020.

{Client/086324/1/02142977.DOC;1 }

6. After numerous rounds of bidding, I was declared the high bidder for the Property at the price of $2,875,000.

7. I respectfully submit that I have satisfied the requirements for the Court to make the finding that I am a good faith purchaser of the Property as that term is defined in section 363(m) of the Bankruptcy Code.

Dated: July 20, 2020
       New York, New York

/s/ Nasir Samdani
Nasir Samdani