July 20, 2020

Monte Malik Chandler
The Chandler Law Firm PLLC
70 East Sunrise Highway
Ste 500
Valley Stream, NY 11581
516-280-8713
Email: mmchandleresq@aol.com

                Re: Your services regarding Bronx Miracle Gospel Tabernacle
                Word of Faith Ministries, Inc. are terminated

Mr. Chandler,

Mr. Chandler, your services are terminated forthwith for cause. You will not represent our Church anymore in any capacity. We are engaging a new lawyer to contain the damage.

                                                  Yours sincerely,

                                                  Pastor Keith Elijah Thompson