**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**In re:**

    **Bronx Miracle Gospel Tabernacle Word**
    **of Faith Ministries aka Bronx Miracle**
    **Gospel Tabernacle,**                                   Case No. 19-12447 (SMB)
                                                                Chapter 11

               **Debtor**
-----------------------------------------------------------X

ORDER TO SHOW CAUSE SCHEDULING HEARING ON SHORTENED NOTICE FOR THE MOTION OF CHURCH BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES AKA BRONX MIRACLE GOSPEL TABERNACLE (**CHURCH**) AND ITS ADHERENTS OR MEMBERS (**CHRISTIANS**) REQUISITIONING (1) RESCINDING THE ORDER APPOINTING THE OPERATING TRUSTEE, (2) REINSTATE THE DEBTOR IN POSSESSION (**DIP**), AND (3) VOIDING THE SALE OF THE CHURCH BY THE OPERATING TRUSTEE AND (4) GRANTING RELATED RELIEF

      Upon the application to this Court brought by Order to Show Cause of the Church, The debtor, Bronx Miracle Gospel Tabernacle Word of Faith Ministries aka Bronx Miracle Gospel Tabernacle (**Church**) in the above-captioned chapter 11 case, for the entry of an order scheduling a hearing and shortening the notice period to consider the Motion of the Church Order: (1) rescinding the order appointing the operating trustee, (2) reinstate the Debtor in Possession (DIP), and (3) voiding the sale of the Church by the Operating Trustee and (4) Granting Related Relief (the "Scheduling Motion"); and it appearing that consideration of the Scheduling Motion on an expedited basis is necessary to consider the relief requested in the Scheduling Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

      A hearing (the "Hearing") to consider the relief requested in the Scheduling Motion will be held before the Honorable Stuart M. Bernstein, of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in Room 723, One Bowling Green, New York, New York, on August _____ at _____ (prevailing Eastern Time);

1

Responses or objections to the Scheduling Motion must be: (i) in writing, (ii) conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court; and filed on or before August _____ 2020 at _____ am/pm (prevailing Eastern Time) (the "Objection Deadline") with the Bankruptcy Court, and be served upon: (a) the attorneys for the Church, Dahiya Law Offices, LLC, Karamvir Dahiya, 75 Maiden Lane Suite 506 New York NY 10038 (b) Deborah J. Piazza, the Chapter 11 trustee (the "Trustee"), by her counsels, Ms. Jill Makower, Mr. Scot Markowitz of Tarter Krinsky & Drogin LLP, Email:jmakower@tarterkrinsky.com , sMarkowitz@tarterkrinsky.com respectively; (c) Bruce Minkoff on behalf of Creditor Newell Funding, LLC, minkoff@rcdllp.com, Bruce Minkoff on behalf of Creditor Newell Funding, LLC minkoff@rcdllp.com; and (c) Office of the United States Trustee for the Southern District of New York, Serene K. Nakano on behalf of U.S. Trustee United States Trustee serene.nakano@usdoj.gov; it is hereby **Further ORDERD**

**Pending the hearing on the Scheduling Motion**, the Operating Trustee SHALL NOT transfer Estate funds to Newell Funding or its agents and **FURTHER SHALL NOT** transfer the Deed of the Church Property, 2910 Barnes Avenue, Bronx, New York to any party;

Upon entry of this Order, counsel to the Church shall send a copy of this Order, and the Scheduling Motion via email (in electronic pdf format), facsimile transmission, or overnight courier to the Notice Parties on or before _____ at 6:00 p.m. (prevailing Eastern Time).

Dated: August ___, 2020
New York NY

                                                 _____
                                                 THE HONORABLE STUART M BERNSTEIN
                                                 UNITED STATES BANKRKUPCY JUDGE