## EXHIBIT A

**[SEE ECF DOCKET NO. 126]**