HEARING DATE:  DECEMBER 8, 2020
HEARING TIME:   10:00 A.M.

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Deborah J. Piazza, Chapter 11*
*Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Deborah J. Piazza, Esq.
Jill Makower, Esq.
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| BRONX MIRACLE GOSPEL TABERNACLE | : |
| WORD OF FAITH MINISTRIES, INC. | : Case No. 19-12447 (SMB) |
| a/k/a Bronx Miracle Gospel Tabernacle, Inc., | : |
| | : |
| Debtor. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF TELEPHONIC HEARING TO CONSIDER INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331

**PLEASE TAKE NOTICE,** that a telephonic hearing[1] will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004 on **December 8, 2020, at 10:00 a.m.**, or as soon thereafter as counsel can be heard, to consider the following interim applications for allowance of fees and reimbursement of expenses (the "Applications"):

---

[1] Any party who wishes to attend is required to make arrangements through Court Solutions at www.court-solutions.com  or by telephone: (917) 746-7476.

{Client/086324/1/02218997.DOC;1 }

| Applicant | Period | Fees Requested | Expenses Requested |
|---|---|---|---|
| **Tarter Krinsky & Drogin LLP** <br> *Attorneys for Deborah J. Piazza, as Chapter 11 Trustee* | *January 28, 2020 through October 31, 2020* | $450,291.00 | $7,330.51 |
| **Vernon Consulting, Inc.** <br> *Financial Advisors and Accountants to Deborah J. Piazza, as Chapter 11 Trustee* | *January 27, 2020 through October 31, 2020* | $19,526.25 | $13.23 |

**PLEASE TAKE FURTHER NOTICE,** that the Applications will be on file with the Clerk of the United States Bankruptcy Court on or before November 17, 2020, and may be obtained from the Bankruptcy Court's website at ***http://www.nysb.uscourts.gov.***

**PLEASE TAKE FURTHER NOTICE,** that objections to the Applications, if any, must be filed with the United States Bankruptcy Court for the Southern District of New York at the address set forth above (with a copy to the chambers of the Honorable Stuart M. Bernstein) and received by (i) Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, New York 10018, Attn: Scott S. Markowitz, Esq, on or before **December 1, 2020**; (ii) Vernon Consulting, Inc., 344 East 65th Street, New York, New York 10065, Attn: Laura W. Patt, LNHA, CPA, CIRA; and (iii) Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Serene K. Nakano, Esq.

**PLEASE TAKE FURTHER NOTICE**, that the hearing to consider the Applications

may be adjourned from time to time without further notice.

Dated: New York, New York
      November 16, 2020

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Deborah J. Piazza, Chapter 11 Trustee*

By:_s/ Scott S. Markowitz_____
      Scott S. Markowitz, Esq.
      Deborah J. Piazza, Esq.
      Jill Makower, Esq.
      1350 Broadway, 11th Floor
      New York, New York 10018
      (212) 216-8000
      smarkowitz@tarterkrinsky.com
      dpiazza@tarterkrinsky.com
      jmakower@tarterkrinsky.com