Fill in this information to identify the case:

Debtor name: BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): 19-12447

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

2. Cash on hand — $0.00

3. Checking, savings, money market, or financial brokerage accounts (Identify all)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. TD Bank, Checking [3483] and Saving Accounts [9493] | Checking and or Saving Account | | $4,991.96 |

4. Other cash equivalents (Identify all)

5. Total of Part 1. — $4,991.96
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 1

*Keith Elijah Thompson* (signature)

| Debtor | BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In | Case number (If known) 19-12447 |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Church Furnitures including, Tables and Chairs, Communion Table, the pulpit, Furniture from Pastor Office, Minister Office, Conference Table. | $41,975.00 | | $41,975.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Musical Instruments and Sound system [25k] including computers, secuirty system [7k] | $32,000.00 | | $32,000.00 |
| 42. | Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  Books, Bibles [11k] Painting [15k] | $26,000.00 | | $26,000.00 |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                                $99,975.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                         page 2

Debtor  **BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC.** aka Bronx Miracle Gosepl Tabernacle, In
Name

Case number (If known) **19-12447**

■ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 2910 Barnes Avenue, Bronx, NY 10467 | Fee simple | $5,500,000.00 | Expert | $5,500,000.00 |

**56. Total of Part 9.** — $5,500,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites<br>www.bronxmiracle.org | $11,000.00 | N/A | $11,000.00 |

Official Form 206A/B — Schedule A/B Assets - Real and Personal Property — page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In
Name

Case number (If known) 19-12447

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations
Church Members — Unknown — Unknown

64. Other intangibles, or intellectual property

65. Goodwill

66. **Total of Part 10.** $11,000.00
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. Notes receivable
Description (include name of obligor)

72. Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)
Insurance claims against Church neighbor for water damages to the Church property — $12,000.00
Nature of claim
Amount requested  $12,000.00

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 4
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

*[signature: Leith Elijah Thompson]*

| Debtor | BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In | Case number *(If known)* 19-12447 |
|---|---|---|
| | Name | |

| | |
|---|---|
| **Claims under Hobbs Act, Racketeering, Fraud and deceit against Thomas Borek, Newel Funding for cheating and deceiving the Church, the Pastor individually and in capacity as a Pastor and members of the Church. Claims against attorneys for malpractice and incompetence and including claims against the attorneys acting as fidicuries.** | Unknown |
| Nature of claim | |
| Amount requested        $25,000,000.00 | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                                              $12,000.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

*/s/ Leith Elijah Thompson*

Debtor  **BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In**  
Name

Case number (If known) **19-12447**

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $4,991.96 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $99,975.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.....................>* | | $5,500,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $11,000.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $12,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $127,966.96 | + 91b.  $5,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,627,966.96 |

*/s/ Keith Elijah Thompson*

Fill in this information to identify the case:

Debtor name: BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): 19-12447

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **Newell Funding LLC** — Creditor's Name<br><br>**245 Main Street, Suite 330**<br>**White Plains, NY 10601**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Church with a big size vacant lot**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,200,000.00 | $5,500,000.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. — $1,200,000.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

*[Signature: Keith Elijah Thompson]*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 19-12447 |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**829 Holding Corp**<br>c/o Keith E. Thompson $ Mae<br>2934 Pearsall Avenue<br>Bronx, NY 10469<br>Date(s) debt was incurred **June 2009**<br>Last 4 digits of account number **Property taken/Church Debt** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **This property 6 family was roped in by Newel Funding as Borek declared the Church to be in default.. Borek had the 829 Burke Avenue Bronx transferred to a new companyaround June 2009, as the Church had defaulted. 829 Hold. corp valued 1.4m**<br>Is the claim subject to offset? ■ No  ☐ Yes | | **$1,400,000.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Clair & Gjersten**<br>4 New King St. Ste 140<br>White Plains, NY 10604<br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Legal fees demanded**<br>Is the claim subject to offset? ■ No  ☐ Yes | | **$6,000.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Con Edison**<br>JAF Station Post Box 1702<br>New York, NY 10116<br>Date(s) debt was incurred **2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Electricity**<br>Is the claim subject to offset? ■ No  ☐ Yes | | **$3,850.00** |

*[Signed: Keith Elijah Thompson]*

| Debtor | BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In | Case number (if known) 19-12447 |
|---|---|---|
| | Name | |

### 3.4
**Nonpriority creditor's name and mailing address**
Cynthia Williams
1045 E. 226th Street
Bronx, NY 10466

Date(s) debt was incurred **2011, 2017**
Last 4 digits of account number **Church Member**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Long time church member, Loan provided to the Church for the repairs and administrative expenses. She also contributed to the legal fees for the Church.**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

### 3.5
**Nonpriority creditor's name and mailing address**
Erold Williams
854 East 217 Street
Bronx, NY 10467

Date(s) debt was incurred **2010, 2015,**
Last 4 digits of account number **Church Member**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan provided by Mr. Williams for the Church for administrative expenses. The Church has continued to admit the liability and has been continuing to commit itself to makiing payments, thus renewing the loan obligaion.**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

### 3.6
**Nonpriority creditor's name and mailing address**
Franklyn Robinson
3003 Wilson Avenue
Bronx, NY 10469

Date(s) debt was incurred **2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Mr. Robinson executed electrical work upgraded, carpentary. Worked as a maintenance man until closure. For the labor, work performed, owed 25k.**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

### 3.7
**Nonpriority creditor's name and mailing address**
Horace Hall
85 Harper Ct.
Bronx, NY 10466

Date(s) debt was incurred **2014-2020**
Last 4 digits of account number **Church Member and Plumber**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Mr. Hall is the Church Plumber. He has been paid only partial payments for his work. He is owed at least 15,000 to 20,000. He changed the water and sewer pipes many a times. Installed all the bathrooms [5] after dismantling the old ones**

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

### 3.8
**Nonpriority creditor's name and mailing address**
Kyesss Corp
/s/ Keith E. Thompson
2934 Pearsall Avenue
Bronx, NY 10469

Date(s) debt was incurred **2008, June 2009**
Last 4 digits of account number **Mortgages given for the Church**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Kyesss corp mixed use bldg dceptively mortgaged to grant Church purchase money. Two mortgages [$425k Chur] plus $325k ch on march 18, 2008 and Borek took over the property worth 1.6 million. church loan excuse to take over by Borek Newell**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600,000.00**

*/s/ Keith Elijah Thompson*

| Debtor | BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In | Case number (if known) | 19-12447 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Mr. Bernel Richardson<br>4359 Furman Avenue Apt 3B<br>Bronx, NY 10466<br>Date(s) debt was incurred **2018-19**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Payments for Church: Legal fees to Cardenas $2000 (2019); Accountant (Glenn): $1000 (2018): Accountant (Husband) ($1000) Paid to the contractor (Mcdonald): $1250 (2019). Has assisted the Church for legal compliances, litigation, reviewing.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,000.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Ms. Annie Moore<br>2031 Strang AVenue<br>Bronx, NY 10466<br>Date(s) debt was incurred **Since 2014**<br>Last 4 digits of account number **Church Member** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loans given towards the expenses of the Chuch inlcuding repairs since 2014**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Ms. Carolyn Skinner<br>218 Country Clud Dr.<br>Florida<br>Florida, NY 10921<br>Date(s) debt was incurred **2011**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Monies paid for the legal fees and other admin expenses of the Church. Promissory note etc. executed addendums added, renewed, the records are confiscated unlawfully by the Operating Trustee.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Ms. Hermin Young<br>642 East 222nd Street<br>Bronx, NY 10467<br>Date(s) debt was incurred **2015 onwards, ongoing basis until the closure of the Church**<br>Last 4 digits of account number **Church** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan for Church legal fees $15,000 to Gordon. Also she paid monies for repair, purchase materials, and admin expenses.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40,000.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Ms. Jean Weiss<br>928 Duncan Street<br>Bronx, NY 10469<br>Date(s) debt was incurred **2018, 2019**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Ms. Weiss purchased the Churches bathroom accessories, toilet seats. She had also used her credit card for the Church. Receipts in the Church files, improperly confiscated by the Operating Trustee.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,500.00** |

*[Signed: Keith Elijah Thompson]*

| Debtor | BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In | Case number (if known) | 19-12447 |
|---|---|---|---|
| | Name | | |

### 3.14

**Nonpriority creditor's name and mailing address**
Ms. jeanette Brown
15 South First Avenue
No. 281
Mount Vernon, NY 10550

Date(s) debt was incurred __Since 2012 until the petition filing date__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$195,200.00

Basis for the claim: **Ms. Brown package as an admin sec. since 2012: $1500 for rent and $600 a week salary. Rent paid only $1200. 300x 12=3600 x 8 =28,800 rental arrears. Salary paid $200 a week balance $400 a week. 400x52=20,800 x 8 years=166,400 salary.**

Is the claim subject to offset? ■ No ☐ Yes

### 3.15

**Nonpriority creditor's name and mailing address**
Ms. Maxime Rose Hall
2925 Mathew Aveue
Bronx, NY 10467

Date(s) debt was incurred __2010__

Last 4 digits of account number __Church__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,000.00

Basis for the claim: **Ms. Hall is a nurse and former member. She loaned $25,000 to the Church. Church did receive $25,000 towards the expenses of the old Church.**

Is the claim subject to offset? ■ No ☐ Yes

### 3.16

**Nonpriority creditor's name and mailing address**
Ms. Princess Dubdad
1779 2nd Avenue Apte Se
New York, NY 10128

Date(s) debt was incurred __2012__

Last 4 digits of account number __Church__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00

Basis for the claim: **Ms. Dubdad loaned the Church, one time payment. Legal fees. To the best of memory of Sister Brown [Sec. Chuch Admin], there is a record reflecting the loan. However, Chuch records have been confiscated improperly and not been given back.**

Is the claim subject to offset? ■ No ☐ Yes

### 3.17

**Nonpriority creditor's name and mailing address**
Pastor Keith Elijah Thompson
2934 Pearsall Avenue
Bronx, NY 10469

Date(s) debt was incurred __2014 until Petition date July 2019__

Last 4 digits of account number __1980__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$224,000.00

Basis for the claim: **Since 2014 until Petition Month July 2019. Salary: 1000/week. Housing allowance $2200/month. Actual salary paid: 400/week, Total Balance owed: $171,600 (Salary). Housing dues owed to pastor: $52,800 (2016-17) (2020, 5 mnths $11k)**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,659,550.00 |

*[Signature: Keith Elijah Thompson]*

| Debtor | BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC. aka Bronx Miracle Gosepl Tabernacle, In | Case number (if known) | 19-12447 |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $   3,659,550.00

*/s/ Keith Elijah Thompson*