UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

BRONX MIRACLE GOSPEL TABERNACLE
WORD OF FAITH MINISTRIES, INC.
*aka* Bronx Miracle Gospel Tabernacle, Inc.

Chapter 11

Case No. 19-12447 (SMB)

Debtor.
---------------------------------------------------------------x

## ORDER EXPUNGING SCHEDULED CLAIMS OF MINISTER JEANETTE Y. BROWN AND SCHEDULING ADJOURNED HEARING ON TRUSTEE'S OBJECTIONS TO SCHEDULED CLAIMS OF REVEREND KEITH ELIJAH THOMPSON

Upon the Trustee's objections to the original scheduled claims of Rev. Keith Elijah Thompson ("**Rev. Thompson**") and Minister Jeanette Y. Brown ("**Min. Brown**") contained in the omnibus claim objection dated October 29, 2020 (the "**Omnibus Objection**") [ECF No. 134] filed by Deborah J. Piazza, the chapter 11 trustee (the "**Trustee**"); and upon the Trustee's Supplemental Objection [ECF No. 167] which, *inter alia*, objected to the amended scheduled claims of Rev. Thompson and Min. Brown; and upon the record of the hearings held on December 8, 2020, December 16, 2020 and January 27, 2021; and the Debtor and Min. Brown having failed to provide any evidence in support of Min. Brown's original scheduled claim or Min. Brown's amended scheduled claim; and Min. Brown having failed to provide the Trustee with the password to Debtor's gmail account as ordered by the Court in its Rule 2004 order entered on April 17, 2020 [ECF No. 66] and amended Rule 2004 order entered on April 27, 2020 [ECF No. 68] and as directed by the Court at the December 8, 2020 hearing [see transcript of December 8, 2020 hearing, T. at 59:9-11, 59:25-60:4]; and for good cause shown; it is hereby

**ORDERED**, that the $27,000 scheduled nonpriority unsecured claim of Min. Brown scheduled in Debtor's Original Schedule E/F is hereby expunged, and the $195,200 scheduled nonpriority unsecured claim of Min. Brown scheduled in Debtor's Amended Schedule E/F is hereby expunged; and it is further

**ORDERED**, that an adjourned telephonic hearing on the Trustee's objections to the following claims shall be held before the Court on **February 10, 2021 at 10:00 a.m.**:

1. The $30,000 scheduled nonpriority unsecured claim of Rev. Thompson scheduled in Original Schedule E/F.

2. The $224,000 scheduled nonpriority unsecured claim of Rev. Thompson scheduled in Amended Schedule E/F.

Dated: New York, New York
      February 3, 2021

                                  *s/ Stuart M. Bernstein*
                                  **HONORABLE STUART M. BERNSTEIN**
                                  **UNITED STATES BANKRUPTCY JUDGE**