UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2022

| | |
|---|---|
| BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC., | |
| Plaintiff, | 22-cv-3195 (MKV) |
| -against- | ORDER OF DISMISSAL |
| DEBORAH J. PIAZZA, | |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. initiated this action by filing a motion, pursuant to 28 U.S.C. § 157(d), to withdraw the reference to the bankruptcy court of its Chapter 11 case [ECF No. 1]. However, the bankruptcy court has dismissed the Chapter 11 case [ECF No. 3]. Accordingly, IT IS HEREBY ORDERED that the motion to withdraw the reference is DENIED as moot, and this case is DISMISSED.

**SO ORDERED.**

Date: **April 21, 2022**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**